**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Farmington Center Salem, an Oregon Limited Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Farmington Square Salem** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**93-1006523** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**910 Boone Rd SE**<br>**Salem, OR 97306**<br><br>ZIP CODE **97306-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Farmington Centers, Inc.**<br>**5100 SW Macadam Ave**<br>**Ste 360**<br>**Portland, OR 97239**<br><br>ZIP CODE **97239-0000** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☒ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☒ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information    *** Douglas P. Cushing  70032 ****       THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Debts**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1) (1/08)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Farmington Center Salem, an Oregon Limited Partnership** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

**B1 (Official Form 1) (1/08)**  Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Farmington Center Salem, an Oregon Limited Partnership** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>  Signature of Debtor<br>X _____<br>  Signature of Joint Debtor<br><br>  Telephone Number (If not represented by attorney)<br><br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  Signature of Foreign Representative<br><br>  Printed Name of Foreign Representative<br><br>  Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X */s/ Douglas P. Cushing*<br>  Signature of Attorney for Debtor(s)<br>  **Douglas P. Cushing 70032**<br>  Printed Name of Attorney for Debtor(s)<br>  **Jordan Schrader Ramis, PC**<br>  Firm Name<br>  **Two Centerpointe Dr**<br>  **Suite 600**<br>  **Lake Oswego, OR 97035-8619**<br>  Address<br>  **doug.cushing@jordanschrader.com**<br>  **503-598-7070 Fax:503-598-7373**<br>  Telephone Number<br>  **January 14, 2009**<br>  Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>  Address<br>X _____<br><br>  Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X */s/ Jeffrey L.Chamberlain*<br>  Signature of Authorized Individual<br>  **Jeffrey L. Chamberlain, Manager**<br>  Printed Name of Authorized Individual<br>  **Excelsior Development Co., LLC, Debtor's General Partner**<br>  Title of Authorized Individual<br>  **January 14, 2009**<br>  Date | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  ) Case No. _____
**Farmington Center Salem, an Oregon Limited Partnership**  )
) **EXHIBIT "C-1"**
)
) [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> debtors
Debtor(s)  ) and attached to <u>ALL</u> copies of the Petition.]

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
   NONE

2. Street address and description of principal assets (note property):
   **910 Boone Rd SE**
   **Salem OR 97306-0000**

3. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE: **January 14, 2009**    /s/ Jeffrey L. Chamberlain
                        Debtor's Signature                    Phone #           Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u> Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:
_____

Signature: _____ Last 4 digits of Social Security #: _____ Phone #: _____
**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

**United States Bankruptcy Court**
**District of Oregon**

In re  **Farmington Center Salem, an Oregon Limited Partnership**          Case No.
                                    Debtor(s)                              Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **amount determined in accordance with hourly rates as approved by the Court** |
   | Prior to the filing of this statement I have received | $ **25,000.00** |
   | Balance Due | $ **to be determined by Order of the Court** |

2. The source of the compensation paid to me was:
   ☒ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **General representation of Debtor with regard to the Chapter 11 case, including formulation and confirmation of a Chapter 11 Plan.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January 14, 2009**            /s/ *Douglas P. Cushing*
                                         **Douglas P. Cushing**
                                         **Jordan Schrader Ramis, PC**
                                         **PO Box 230669**
                                         **Portland, OR 97281-0669**
                                         **503-598-7070  Fax: 503-598-7373**
                                         **doug.cushing@jordanschrader.com**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re **Farmington Center Salem, an Oregon Limited Partnership**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A L WIZARD<br>11230 SORENTO VALLEY ROAD<br>SUITE #220<br>San Diego, CA 92121 | A L WIZARD<br>11230 SORENTO VALLEY ROAD<br>SUITE #220<br>San Diego, CA 92121<br>858-457-0566 | Trade debt | | 500.00 |
| A PLACE FOR MOM<br>2101 4th AVENUE<br>SUITE 1750<br>Seattle, WA 98121 | A PLACE FOR MOM<br>2101 4th AVENUE<br>SUITE 1750<br>Seattle, WA 98121<br>206-802-1500 | Trade debt | | 426.00 |
| Allan Miles<br>595 FAIRVIEW ROAD<br>Ashland, OR 97520 | Allan Miles<br>595 FAIRVIEW ROAD<br>Ashland, OR 97520<br>541-326-6563 | Refund | | 1,362.05 |
| ALOHA PRODUCE INC.<br>PO BOX 42447<br>Portland, OR 97242 | ALOHA PRODUCE INC.<br>PO BOX 42447<br>Portland, OR 97242<br>503-329-0300 | Trade debt | | 271.27 |
| ALZHEIMERS NETWORK OF OREGON<br>P.O. BOX 12806<br>Salem, OR 97309 | ALZHEIMERS NETWORK OF OREGON<br>P.O. BOX 12806<br>Salem, OR 97309<br>503-304-3449 | Trade debt | | 1,000.00 |
| Anita Clark<br>c/o Jennifer J. Middleton<br>Chanti & Zennache<br>245 East 4th Ave<br>Eugene, OR 97401 | Anita Clark<br>c/o Jennifer J. Middleton<br>Chanti & Zennache<br>Eugene, OR 97401 | Discrimination Claim | Contingent<br>Unliquidated<br>Disputed | 1,000,000.00 |
| DJ TESTING<br>3000 MARKET STREET NE<br>SUITE 214<br>Salem, OR 97301 | DJ TESTING<br>3000 MARKET STREET NE<br>SUITE 214<br>Salem, OR 97301<br>503-362-8378 | Trade debt | | 206.25 |
| FARMER BROTHERS COFFEE<br>FILE 55172<br>Los Angeles, CA 90074-5172 | FARMER BROTHERS COFFEE<br>FILE 55172<br>Los Angeles, CA 90074-5172<br>541-688-6540 | Trade debt | | 766.47 |

B4 (Official Form 4) (12/07) - Cont.

In re **Farmington Center Salem, an Oregon Limited Partnership**          Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **FIKES OF OREGON**<br>P.O. BOX 80904<br>Portland, OR 97280 | **FIKES OF OREGON**<br>P.O. BOX 80904<br>Portland, OR 97280<br>503-246-4130 | **Trade debt** | | **272.00** |
| **FUSE AGENCY, INC**<br>3723 FAIRVIEW INDUSTRIAL DRIVE S.E.<br>SUITE #190<br>Salem, OR 97302 | **FUSE AGENCY, INC**<br>3723 FAIRVIEW INDUSTRIAL DRIVE S.E.<br>SUITE #190<br>Salem, OR 97302<br>503-364-5545 | **Trade debt** | | **23,023.70** |
| **GULF SOUTH MEDICAL SUPPLY**<br>P.O. BOX 841968<br>Dallas, TX 75284 | **GULF SOUTH MEDICAL SUPPLY**<br>P.O. BOX 841968<br>Dallas, TX 75284<br>877-583-9988 | **Trade debt** | | **469.59** |
| **HANSEN HUNTER & CO**<br>8930 SW GEMINI DRIVE<br>Beaverton, OR 97008 | **HANSEN HUNTER & CO**<br>8930 SW GEMINI DRIVE<br>Beaverton, OR 97008<br>503-244-2134 | **Trade debt** | | **29,134.40** |
| **HOFFMAN, HART & WAGNER LLP**<br>1000 S.W. BROADWAY<br>TWENTIETH FLOOR<br>Portland, OR 97205 | **HOFFMAN, HART & WAGNER LLP**<br>1000 S.W. BROADWAY<br>TWENTIETH FLOOR<br>Portland, OR 97205<br>503-222-4499 | **Trade debt** | | **18,364.23** |
| **MT. HOOD SOLUTIONS**<br>14546 N LOMBARD<br>Portland, OR 97203 | **MT. HOOD SOLUTIONS**<br>14546 N LOMBARD<br>Portland, OR 97203<br>503-227-3505 | **Trade debt** | | **640.83** |
| **PACIFIC NORTHWEST MEDICAL SUPPLY**<br>PO BOX 9147<br>Spokane, WA 99209 | **PACIFIC NORTHWEST MEDICAL SUPPLY**<br>PO BOX 9147<br>Spokane, WA 99209<br>509-326-7615 | **Trade debt** | | **323.87** |
| **RESCUE ROOTER**<br>PO BOX 2830<br>Clackamas, OR 97015 | **RESCUE ROOTER**<br>PO BOX 2830<br>Clackamas, OR 97015<br>503-850-3107 | **Trade debt** | | **328.50** |
| **SPRING VALLEY DAIRY**<br>P.O. BOX 20970<br>Keizer, OR 97307-0970 | **SPRING VALLEY DAIRY**<br>P.O. BOX 20970<br>Keizer, OR 97307-0970<br>503-393-4850 | **Trade debt** | | **1,242.48** |
| **STAPLES BUSINESS ADVANTAGE**<br>DEPT LA 1368<br>PO BOX 83689<br>Chicago, IL 60696 | **STAPLES BUSINESS ADVANTAGE**<br>DEPT LA 1368<br>PO BOX 83689<br>Chicago, IL 60696<br>800-753-4110 | **Trade debt** | | **678.87** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Farmington Center Salem, an Oregon Limited Partnership**          Case No. _____
    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **STATESMAN JOURNAL** P.O. BOX 13009 Salem, OR 97309-3009 | **STATESMAN JOURNAL** P.O. BOX 13009 Salem, OR 97309-3009 503-399-6697 | **Trade debt** | | 708.85 |
| **SYSCO FOOD SERVICES** P.O. BOX 2210 Wilsonville, OR 97070 | **SYSCO FOOD SERVICES** P.O. BOX 2210 Wilsonville, OR 97070 503-692-1748 | **Trade debt** | | 19,040.03 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 14, 2009**          Signature  */s/ Jeffrey L. Chamberlain*
                            **By:  Excelsior Development Company, LLC, Its General Partner**
                            **By:  Jeffrey L. Chamberlain, Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Oregon

In re  **Farmington Center Salem, an Oregon Limited Partnership**              Case No.
                                                    Debtor(s)                  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The General Partner of the partnership named as the debtor in this case, hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 14, 2009**              */s/ Jeffrey L. Chamberlain*
                                         **Excelsior Development Co., LLC, Debtor's General Partner**
                                         **by: Jeffrey L. Chamberlain, Manager**
                                         Signer/Title