# United States Bankruptcy Court
## District of Oregon

In re  **Farmington Center Salem, an Oregon Limited Partnership**          Case No.  **09-60095**
                              Debtor(s)                                      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of the General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 14, 2009**          Signature  **/s/ Jeffrey L. Chamberlain**
                                              **Excelsior Development Company, LLC,**
                                              **General Partner of the Debtor,**
                                              **By Jeffrey L. Chamberlain, Manager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.