B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re  **Farmington Center Salem, an Oregon Limited Partnership**           Case No.  **09-60095-11**
Debtor(s)           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A L WIZARD**<br>**11230 SORENTO VALLEY ROAD**<br>**SUITE #220**<br>**San Diego, CA 92121** | **A L WIZARD**<br>**11230 SORENTO VALLEY ROAD**<br>**SUITE #220**<br>**San Diego, CA 92121**<br>**858-457-0566** | **Trade debt** |  | **500.00** |
| **A PLACE FOR MOM**<br>**2101 4th AVENUE**<br>**SUITE 1750**<br>**Seattle, WA 98121** | **A PLACE FOR MOM**<br>**2101 4th AVENUE**<br>**SUITE 1750**<br>**Seattle, WA 98121**<br>**206-802-1500** | **Trade debt** |  | **426.00** |
| **Allan Miles**<br>**595 FAIRVIEW ROAD**<br>**Ashland, OR 97520** | **Allan Miles**<br>**595 FAIRVIEW ROAD**<br>**Ashland, OR 97520**<br>**541-326-6563** | **Refund** |  | **1,362.05** |
| **ALOHA PRODUCE INC.**<br>**PO BOX 42447**<br>**Portland, OR 97242** | **ALOHA PRODUCE INC.**<br>**PO BOX 42447**<br>**Portland, OR 97242**<br>**503-329-0300** | **Trade debt** |  | **271.27** |
| **ALZHEIMERS NETWORK OF OREGON**<br>**P.O. BOX 12806**<br>**Salem, OR 97309** | **ALZHEIMERS NETWORK OF OREGON**<br>**P.O. BOX 12806**<br>**Salem, OR 97309**<br>**503-304-3449** | **Trade debt** |  | **1,000.00** |
| **Anita Clark**<br>**c/o Jennifer J. Middleton**<br>**Chanti & Zennache**<br>**245 East 4th Ave**<br>**Eugene, OR 97401** | **Anita Clark**<br>**c/o Jennifer J. Middleton**<br>**Chanti & Zennache**<br>**Eugene, OR 97401** | **Discrimination Claim** | **Contingent Unliquidated Disputed** | **1,000,000.00** |
| **DJ TESTING**<br>**3000 MARKET STREET NE**<br>**SUITE 214**<br>**Salem, OR 97301** | **DJ TESTING**<br>**3000 MARKET STREET NE**<br>**SUITE 214**<br>**Salem, OR 97301**<br>**503-362-8378** | **Trade debt** |  | **206.25** |
| **FARMER BROTHERS COFFEE**<br>**FILE 55172**<br>**Los Angeles, CA 90074-5172** | **FARMER BROTHERS COFFEE**<br>**FILE 55172**<br>**Los Angeles, CA 90074-5172**<br>**541-688-6540** | **Trade debt** |  | **766.47** |

B4 (Official Form 4) (12/07) - Cont.

In re **Farmington Center Salem, an Oregon Limited Partnership**   Case No. _____
          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **FIKES OF OREGON**<br>P.O. BOX 80904<br>Portland, OR 97280 | **FIKES OF OREGON**<br>P.O. BOX 80904<br>Portland, OR 97280<br>503-246-4130 | **Trade debt** | | **272.00** |
| **FUSE AGENCY, INC**<br>3723 FAIRVIEW INDUSTRIAL DRIVE S.E.<br>SUITE #190<br>Salem, OR 97302 | **FUSE AGENCY, INC**<br>3723 FAIRVIEW INDUSTRIAL DRIVE S.E.<br>SUITE #190<br>Salem, OR 97302<br>503-364-5545 | **Trade debt** | | **23,023.70** |
| **GULF SOUTH MEDICAL SUPPLY**<br>P.O. BOX 841968<br>Dallas, TX 75284 | **GULF SOUTH MEDICAL SUPPLY**<br>P.O. BOX 841968<br>Dallas, TX 75284<br>877-583-9988 | **Trade debt** | | **469.59** |
| **HANSEN HUNTER & CO**<br>8930 SW GEMINI DRIVE<br>Beaverton, OR 97008 | **HANSEN HUNTER & CO**<br>8930 SW GEMINI DRIVE<br>Beaverton, OR 97008<br>503-244-2134 | **Trade debt** | | **29,134.40** |
| **HOFFMAN, HART & WAGNER LLP**<br>1000 S.W. BROADWAY<br>TWENTIETH FLOOR<br>Portland, OR 97205 | **HOFFMAN, HART & WAGNER LLP**<br>1000 S.W. BROADWAY<br>TWENTIETH FLOOR<br>Portland, OR 97205<br>503-222-4499 | **Trade debt** | | **18,364.23** |
| **MT. HOOD SOLUTIONS**<br>14546 N LOMBARD<br>Portland, OR 97203 | **MT. HOOD SOLUTIONS**<br>14546 N LOMBARD<br>Portland, OR 97203<br>503-227-3505 | **Trade debt** | | **640.83** |
| **PACIFIC NORTHWEST MEDICAL SUPPLY**<br>PO BOX 9147<br>Spokane, WA 99209 | **PACIFIC NORTHWEST MEDICAL SUPPLY**<br>PO BOX 9147<br>Spokane, WA 99209<br>509-326-7615 | **Trade debt** | | **323.87** |
| **RESCUE ROOTER**<br>PO BOX 2830<br>Clackamas, OR 97015 | **RESCUE ROOTER**<br>PO BOX 2830<br>Clackamas, OR 97015<br>503-850-3107 | **Trade debt** | | **328.50** |
| **SPRING VALLEY DAIRY**<br>P.O. BOX 20970<br>Keizer, OR 97307-0970 | **SPRING VALLEY DAIRY**<br>P.O. BOX 20970<br>Keizer, OR 97307-0970<br>503-393-4850 | **Trade debt** | | **1,242.48** |
| **STAPLES BUSINESS ADVANTAGE**<br>DEPT LA 1368<br>PO BOX 83689<br>Chicago, IL 60696 | **STAPLES BUSINESS ADVANTAGE**<br>DEPT LA 1368<br>PO BOX 83689<br>Chicago, IL 60696<br>800-753-4110 | **Trade debt** | | **678.87** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Farmington Center Salem, an Oregon Limited Partnership**　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| STATESMAN JOURNAL<br>P.O. BOX 13009<br>Salem, OR 97309-3009 | STATESMAN JOURNAL<br>P.O. BOX 13009<br>Salem, OR 97309-3009<br>503-399-6697 | Trade debt | | 708.85 |
| SYSCO FOOD SERVICES<br>P.O. BOX 2210<br>Wilsonville, OR 97070 | SYSCO FOOD SERVICES<br>P.O. BOX 2210<br>Wilsonville, OR 97070<br>503-692-1748 | Trade debt | | 19,040.03 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 14, 2009**　　　　　　　　　Signature  */s/ Jeffrey L. Chamberlain*
　　　　　　　　　　　　　　　　　　　　　　　**By:  Excelsior Development Company, LLC, Its General Partner**
　　　　　　　　　　　　　　　　　　　　　　　**By:  Jeffrey L. Chamberlain, Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Douglas P. Cushing, OSB # 700320
Telephone:  (503) 598-7070
Facsimile:  (503) 598-7373
E-mail:  doug.cushing@jordanschrader.com
JORDAN SCHRADER RAMIS PC
Two Centerpointe Drive, Suite 600
Lake Oswego OR 97305

    Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Farmington Center Salem, an Oregon Limited Partnership, dba Farmington Square Salem,<br><br>    Debtor. | Case No. 09-60095-11<br><br>**CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |

    I hereby certify that I served (1) a copy of the **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS,** (2) pre-addressed, stamped envelopes for the debtor, debtor's attorney, and a contact person for each creditor on the List, and (3) this Certificate of Service on the U.S. Trustee at 405 8th Street, Suite 1100, Eugene, OR 97401 by mailing a copy thereof in a sealed, first-class postage prepaid envelope on the date set forth below.

    Dated this 14th day of January, 2009.

                                                               JORDAN SCHRADER RAMIS PC

                                                     By: */s/ Douglas P. Cushing*
                                                           Douglas P. Cushing, OSB # 700320
                                                           Telephone:  (503) 598-7070
                                                           Proposed Attorneys for Debtor

Page 1 -   CERTIFICATE OF SERVICE OF LIST OF
           CREDITORS HOLDING 20 LARGEST
           UNSECURED CLAIMS ON THE
           U.S. TRUSTEE

JORDAN SCHRADER RAMIS PC
Attorneys at Law
Two Centerpointe Dr Ste 600
Portland OR 97035
Telephone:  (503) 598-7070 Fax:  (503) 598-7373
*50505-37910 155411.doc\DLS/1/15/2009*