## United States Bankruptcy Court
## District of Oregon

| | |
|---|---|
| In re Farmington Center Salem, an Oregon Limited Partnership, dba Farmington Square Salem,  Debtor. | Case No. 09-60095-fra11 Chapter 11 |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Farmington Center Salem, an Oregon Limited Partnership in the above-captioned action, certifies that the following is a (are) corporation(s), other the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒   None [*Check if applicable*]

January 15, 2009

*/s/ Douglas P. Cushing*
Douglas P. Cushing, OSB No. 700320
Counsel for Farmington Center Salem,
an Oregon Limited Partnership
Jordan Schrader Ramis PC
Two Centerpointe Drive, Suite 600
Lake Oswego OR 97035
Telephone:  (503) 598-7070
Facsimile:  (503) 598-7373
E-mail:  doug.cushing@jordanschrader.com