UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

CLERK U.S BANKRUPTCY COURT
DISTRICT OF OREGON

FEB 2 3 2009

LODGED____ RECD____
PAID____ DOCKETED____

In re )
) Case No. 09-60095-FRA11
)
FARMINGTON CENTER SALEM ) CHANGE OF ADDRESS; OR
) ADDITION OF INTERESTED
) PARTY

I, THE UNDERSIGNED, CERTIFY THE FOLLOWING IS TRUE AND CORRECT:

1. The address of ONLY ___IRS___ must be changed or added.

2. The address change or addition for the party named in pt. 1 should be made as follows:

   ☐ a. CHANGE FOR CREDITOR OR OTHER INTERESTED PARTY

   ☒ b. ADDITION OF CREDITOR OR OTHER INTERESTED PARTY TO MAILING LIST.

3. If 2(a) above, the Entities old address as shown in the case file is:

_____

_____

4. The entity's NEW address AND PHONE # is:
Joseph A. Genova, IRS-INSOLVENCY, 300 Country Club Road, Ste. 260, Eugene, OR 97401
541-465-6465 ext. 262

DATED Feb. 19, 2009

_____
SIGNATURE
IRS
_____
TYPE OR PRINT NAME
541-465-6465 ext. 262    Creditor
_____
SIGNERS PHONE # AND RELATION TO CASE