Douglas P. Cushing, OSB # 700320
JORDAN SCHRADER RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone:  (503) 598-7070
Facsimile:  (503) 598-7373
E-mail:  doug.cushing@jordanschrader.com

Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>FARMINGTON CENTER SALEM, an Oregon Limited Partnership, dba FARMINGTON SQUARE SALEM,<br><br>Debtor. | Case No. 09-60095-fra11<br><br>NOTICE OF MOTION TO PAY MANAGEMENT FEE FOR THE PERIOD ENDED APRIL 30, 2009 |

Farmington Center Salem, Debtor and Debtor-In-Possession ("Debtor") files the following Motion for authorization to pay a management fee and expenses to Farmington Center, Inc. ("FCI") for management services rendered during the period April 1, 2009, through April 30, 2009.  During that period, such services resulted in charges of $19,108.00 in fees and $4,107.50 in expenses, for a total of $23,215.50.  A copy of the detailed billing statement is attached hereto.

YOU ARE NOTIFIED that under the terms of the Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection entered on April 10, 2009 [Dkt #94]:

1.      Any party in interest who objects to payment of the compensation or reimbursement of expenses sought by this billing statement must, within five (5) days of the date of this Notice, file with the Court, and serve on counsel for the Debtor, Douglas P. Cushing of Jordan Schrader Ramis PC, a written "Notice of Objection to Motion to Pay Management Fee," which shall set forth the nature of the objection and the amount at issue.

JORDAN SCHRADER RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
50505-37910 165684.doc/DLS/5/14/2009

2.      At the expiration of the five (5)-day period specified in paragraph 1 above, the

Debtor may pay the fees and expenses requested in this Motion that are not the subject of a

Notice of Objection to Motion to Pay Management Fee; provided, however, that any such

payment shall be considered a provisional payment only and, regardless of whether any party has

timely objected under the procedures outlined in this paragraph, such payment shall be subject to

Bankruptcy Court approval at such time as the Court reviews applications for final compensation

of other professionals pursuant to the Court's Local Rules and procedures.

Dated this 14th day of May, 2009.

JORDAN SCHRADER RAMIS PC


By: */s/ Douglas P. Cushing*
     Douglas P. Cushing, OSB # 700320
     Telephone:  (503) 598-7070
     Attorneys for Debtor

JORDAN SCHRADER RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone: (503) 598-7070 Fax:  (503) 598-7373
*50505-37910 165684.doc\DLS/5/14/2009*

Invoice    Salem 5-09



Farmington Centers, Inc.
4640 SW Macadam Avenue, Suite 90
Portland, OR  97239

May 14, 2009

*Farmington Centers, Inc.*

**Management Fee**

Amount Due for April 2009 Management Fee

Gross Revenue        382,168.36  @ 5%                              $ 19,108.00

**Reimbursements**

Amount Due for May 2009 Property & Liability Insurance                2,102.00

Resident Care Manager Meeting - Allocation                               96.93
Resident Care Manager Meeting - Allocation                               17.76
401k for PPE 3/31/09 paid 4/15/09                                     1,309.42
AL Wizard - Training Allocation                                           6.93
Chevron - Gas Reimbursement for 4/30/09                                 159.46
Executive Protection Insurance - May Installment                        297.00
Business Cards for Manager & Marketing Director                         118.00

Please make check payable to Farmington Centers, Inc.            $ 23,215.50

| Unit Type | Resident | Total Due / Payment | Balance | Accts Rec Previous | Prepaid Previous | Subtotal | Refund or Write Off Rec. | Accts Rec Current | Prepaid Current | Balance Check | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salem | April-09 | | | | | | | | | | |
| | | **Check** | | | | | | | | | |
| | | 357,293.69 | | | | | | | | | |
| | | 153.00 | | | | | | | | | |
| | | - | | | | | | | | | |
| | | **SALEM** | | | | | | **Second JE** | | | |
| | | **INCOME SUMMARY** | Check & Balance | | | | | | | | |
| | | April-09 | | | | | | Debit | Credit | | |
| | | | | | Debit | Credit | | | | | |
| **RENTAL RECEIPTS** | | | | 1090 | 382,168.36 | | 1086 | 357,293.69 | | | |
| Total Regular | | | | 4010 | | 17,845.99 | 1090 | | 357,293.69 | | |
| Total Memory | | | | 4020 | | 93,589.35 | To record current month deposits | | | | |
| Total Enhanced | | | | 4030 | | 68,055.88 | | | | | |
| Total Regular - State | | | | 4040 | | 5,539.66 | | | | | |
| Total Regular | | | | 4011 | | - | | | | | |
| Total Memory - State | | | | 4021 | | 107,545.06 | **Third JE "R"** | | | | |
| Total Enhanced - State | | | | 4031 | | 9,318.10 | | Debit | Credit | | |
| Total Rent Promotions | | | | 4900 | | - | 2800 | | 88,538.97 | | |
| Total Care - Regular | | | | 4110 | | 2,255.06 | | | 88,538.97 | | |
| Total Care - Memory | | | | 4120 | | 38,872.85 | To record current month Prepaids | | | | |
| Total Care - Memory | | | | 4130 | | 31,452.68 | A/R | 134,249.22 | | | |
| Total Care - Enhanced | | | | | | | Prepaid | 88,538.97 | | | |
| Total Second Person | | | | 4200 | | 2,700.00 | | | | | |
| **RENTAL RECEIPTS** | | | | | | | | | | | |
| Guest Meals | | | | 4400 | | 78.00 | | | | | |
| Staff Meals | | | | 4450 | | - | **Revenue** | 382,168.36 | | | |
| Resident Supply Recovery | | | | 4470 | | 3,965.93 | | | | | |
| Move-In Fees | | | | 4500 | | 1,000.00 | | | | | |
| Other Income | | | | 4500 | | 50.00 | **Fourth JE** | | | | |
| Beauty Shop | | | | 4460 | | 75.00 | | Debit | Credit | | |
| Resale | | | | 4590 | | - | 7575 | 19,108.00 | | | |
| State of Or Wage Reimb - Moate | | | | 6900 | | | 1086 | | 19,108.00 | | |
| Pet Fee | | | | 4510 | | 25.00 | To record current month management fee | | | | |

Farmington Centers, Inc.
Insurance for 2009

|  | Liability (Includes Taxes & Fees) | Auto (No Add'l Fees) | Property (No Add'l Fees) | Total (Before Finance Charges) | Percentage of Total Premium | Finance Charges (Based on % of Finance Premium) | Total (Including Premium & Finance Charges) | Monthly Insurance | Monthly Finance | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 7920 | 7425 |
| Ashley: | $8,818.00 | $1,101.22 | $6,256.00 | $16,175.22 | 3.879% | $586.40 | $16,761.66 | 1,348.00 | 49.00 | 1,397.00 |
| B. Woods: | $5,733.00 | $926.22 | $5,736.00 | $12,395.22 | 2.972% | $449.36 | $12,844.61 | 1,033.00 | 37.00 | 1,070.00 |
| Baycrest: | $57,077.00 | $2,715.66 | $26,638.00 | $86,430.66 | 20.724% | $3,133.36 | $89,564.23 | 7,203.00 | 261.00 | 7,464.00 |
| Beaverton: | $9,727.00 | $845.11 | $4,939.00 | $15,511.11 | 3.719% | $562.32 | $16,073.47 | 1,293.00 | 46.00 | 1,339.00 |
| Eugene: | $9,181.00 | $1,060.22 | $4,635.00 | $14,876.22 | 3.567% | $539.31 | $15,415.56 | 1,240.00 | 45.00 | 1,285.00 |
| Gresham: | $10,091.00 | $1,578.22 | $4,401.00 | $16,070.22 | 3.853% | $582.59 | $16,652.85 | 1,339.00 | 49.00 | 1,388.00 |
| Hillcrest: | $14,335.00 | $1,259.22 | $13,771.00 | $29,365.22 | 7.041% | $1,064.57 | $30,429.86 | 2,447.00 | 89.00 | 2,536.00 |
| LaConner: | $7,654.00 | $1,074.22 | $6,917.00 | $15,645.22 | 3.751% | $567.18 | $16,212.44 | 1,304.00 | 47.00 | 1,351.00 |
| Laurelhurst: | $71,467.00 | $4,024.66 | $21,141.00 | $96,632.66 | 23.171% | $3,503.21 | $100,136.11 | 8,053.00 | 292.00 | 8,345.00 |
| Medford: | $9,909.00 | $926.22 | $5,339.00 | $16,174.22 | 3.878% | $586.36 | $16,760.62 | 1,348.00 | 49.00 | 1,397.00 |
| Normandy: | $5,352.00 | $845.11 | $4,373.00 | $10,570.11 | 2.535% | $383.20 | $10,953.33 | 881.00 | 32.00 | 913.00 |
| Pioneer: | $9,690.00 | $2,939.44 | $12,258.00 | $24,887.44 | 5.968% | $902.24 | $25,789.74 | 2,074.00 | 75.00 | 2,149.00 |
| Salem: | $16,463.00 | $1,098.22 | $6,779.00 | $24,340.22 | 5.836% | $882.40 | $25,222.68 | 2,028.00 | 74.00 | 2,102.00 |
| South Pt.: | $6,128.00 | $1,074.22 | $3,758.00 | $10,960.22 | 2.628% | $397.34 | $11,357.59 | 913.00 | 33.00 | 946.00 |
| Tualatin: | $9,181.00 | $1,389.22 | $4,667.00 | $15,237.22 | 3.654% | $552.39 | $15,789.65 | 1,270.00 | 46.00 | 1,316.00 |
| Corp.: | | $4,619.88 | $1,173.00 | $5,792.88 | 1.389% | $210.01 | $6,002.90 | 481.33 | 17.86 | 499.19 |
| Total: | $250,806.00 | $27,477.06 | $132,781.00 | $411,064.06 | 98.566% | $14,902.26 | $425,967.31 | 34,255.33 | 1,241.86 | 35,497.19 |
| Bozeman ERP | $2,040.00 | | | $2,040.00 | 0.489% | $73.96 | $2,113.96 | | | |
| Orchards ERP | $3,942.30 | | | $3,942.30 | 0.945% | $142.92 | $4,085.23 | | | |
| Total: | | | | | | $15,119.14 | $432,166.50 | | | |
| Total (Including Bozeman and Orchards) | $5,982.30 | | | $417,046.36 | 100.000% | $15,119.14 | $432,166.50 | | | |

$73.96 will be expensed to FCI- Total Prem

??? Need to verify how this will be paid to

# Bankcard Expense Report

**Month:** March-09

Chk & Bal for Exp w/various GL codes

Trans # ____  Total Amount $ ____

**Campus:** Corporate
**Name:** Lisa Shelton

Total Expenses to be Reimbursed   $ 2,905.11

| Date | Payee | Description | Trans # | Amount | GL # | GL Description |
|------|-------|-------------|---------|--------|------|----------------|
| 3/11/09 | Buddies Flowers | Christine Andersen | ① | 42.00 ✓ | 7070 | Employee Recognition |
| 3/11/09 | Alaska Airlines | Patrice Danaher - RCM Mtg | ② | 349.20 ✓ | 7080 | Education/Training |
| 3/2/09 | OHCA | Refund - Deanna Nyssen (reg. fee) | | (169.20) ✓ | 7080 | Education/Training |
| 2/27/09 | Craigslist | VP of Marketing Job Posting | | 25.00 ✓ | 7090 | Hiring Costs |
| 3/17/09 | Country Grains | Lunch at RCM Meeting | ④ | 198.50 ✓ | 7080 | Education/Training |
| 3/18/09 | Country Grains | Lunch at RCM Meeting | ⑤ | 255.45 ✓ | 7080 | Education/Training |
| 3/17/09 | Abella Italian Kitchen | Dinner for RCM Group | ⑥ | 456.96 ✓ | 7080 | Education/Training |
| 3/12/09 | Dell | Laptop for Executive Assistant | | 1,550.00 ✓ | 6080 | Minor Equipment |
| 3/6/09 | Alaska Airlines | Priceline - David Brown - RCM Mtg Flight ✓ | | 197.20 ✓ | 7500 | Travel & Lodging |

Approved by: ____

Signature of Bankcard Holder: ____

*Handwritten notes:*

Ashley Pointe — 96.93 — 1085
Baycrest — 96.93 — 1111
Beaverton — 96.93 — 1081
Eugene — 96.93 — 1084
Glassthorn — 96.93 — 1087
Hillcrest — 96.93 — 1174
LaConner — 96.93 — 1093
Laurelhurst — 96.93 — 1103
Medford — 96.93 — 1082
Salem — 96.93 — 1110
South Pointe — 96.94 — 1088
Tualatin — 96.94 — 1106
Pinewa — 

"1260.11" Divided by Properties

Salon to PMI RCF
$896.93 code 7080
SB 1450  8/3/0 KT

Please divide evenly all prop's except Normandy & Barnett.

Please change back to Hillcrest

RECEIVED APR 14 2009  BY: ____



En Español

My Account | My Trips | Sign In

| Reservations | Deals | Day of Flight | Destinations | Mileage Plan™ | More... | Ask Jenn for Help |

Air Fares    Hotel Rooms    Car Rentals    Vacation Packages    Schedules    Electronic Timetables    Route Map    Show All...

SEARCH    SELECT    REVIEW    TRAVELERS    SEATS    RESERVE    **CONFIRMATION**

## Confirmation - Purchased Reservation

**Your reservation is complete.**
Print this page for your check-in and airport use. A confirmation letter, including your itinerary, receipt and consumer notices, will be e-mailed to you.

You may make one change to this itinerary with no penalty until Wednesday, March 11, 2009.

Sign Up for My Account
Add Itinerary to a Calendar
Forward Itinerary to a Friend

Confirmation Code
**I P H J F Z**

*RCM Mtg 3/17 & 3/18*

### Itinerary, Traveler Information, and Reserved Seatsº

| Flight | Departs | Arrives | Details |
|--------|---------|---------|---------|
| Alaska Airlines 583 | Orange County/Santa Ana (SNA) 2:30 pm Mon, Mar 16 | Portland, OR (PDX) 4:59 pm Mon, Mar 16 | Coach · Boeing 737-700 Nonstop · 80% On-Time Meal: None Total: 860 mi · 2 hr 29 min |
| Alaska Airlines 588 | Portland, OR (PDX) 4:45 pm Tue, Mar 17 | Orange County/Santa Ana (SNA) 7:07 pm Tue, Mar 17 | Coach · Boeing 737-700 Nonstop · 80% On-Time Meal: None Total: 860 mi · 2 hr 22 min |

|  | **Reserved Seats for Flights** |  |  |
|--|--|--|--|
| **Traveler Information** | **583** | **588** | **Additional Services Requested** |
| Name: Patrice Danaher | ** | ** | Request additional services (Wheelchair, etc) |
| MP#: Enter mileage program |  | Request seats |  |
| E-ticket: 0272131475619 |  |  |  |

º Air Carrier Access Act requires us to make certain seats available to customers with disabilities. If you are assigned one of these seats and a qualified person requests it, you will be reaccommodated at the airport in another seat.
** Seats have not been assigned.

**Thank you for your purchase at alaskaair.com**
The VISA ending with *******2288 has been charged a total of US$349.20.

AT YOUR SERVICE

| | Total Fare |
|--|--|
| Base fare and surcharges: | $305.12 |
| Applicable taxes, segment fees, airport facility charges and/or September 11th security fees: | $44.08 |
| Total per person: | $349.20 |
| **Grand Total for 1 Traveler:** | **US$349.20** |

 (Currency Converter)

FormID: 20f578a916a4f40aa90b06c1896d71a89

*Lisa's card 3/10.*

For additional assistance with your reservation call Alaska Airlines Reservations at 1-800-ALASKAAIR (1-800-252-7522) or Horizon Air Reservations at 1-800-547-9308.

### Trip Protection by Access America
Purchase trip protection benefits and travel assistance services for your trip from Access America at 1-800-496-6593. Learn more

### Trip Reminders

**Get Alerts for Your Flights**
With the new Trip Alerts, powered by FlightStats, you can get flight status updates on all of the flights for this and future trips. If you have not yet signed up for Trip Alerts, you'll be receiving an e-mail shortly to register.

**Hotel Deals**
Save with these special hotel offers in Portland

Howard Johnson Portland Airport
☆☆ rooms $54 per night.
Crowne Plaza Portland Downtown Convention Center
☆☆☆ rooms $139 per night.
Jupiter Hotel
☆☆☆ rooms $84 per night.

**Car Rental Savings**
Add a car in Portland, OR

**Web Check-In**
Learn how to get out of line online.

**City Guides**
Portland, OR
(sights, events, and dining)

**Flight Status Alert**
Create a flight status alert.

**Maps & Directions**

**Fax (503) 682-6813**      **Phone # 503-682-5857**

# COUNTRY GRAINS CATERING ORDER FORM

**COMPANY NAME** _Farmington Centers - RCM_   **CONTACT PERSON** _Traci Parsons_

**DELIVERY DATE** _3/17/09_   **Pick Up Time** _____   **DELIVERY TIME** _11:30am_

**ADDRESS** _SYSCO - Thalatin Rm_   **NUMBER OF PEOPLE** _21_

**PHONE #** _503 708 9878_   **CREDIT CARD #** _4453 6410 2000 2288_

*Method of Payment, Please circle one : VISA, MASTERCARD, CASH OR CHECK   **Experation Date:** _04/10_

## FOOD ITEMS

1. _____   2. __
3. _____   4. __
5. _____   6. __

## BOX LUNCHES

**Quantity**

_7_ **TURKEY** 8.50   5 Wheat 2 White

_5_ **HAM** 8.50   3 wheat 2 white

_____ **ROAST BEEF** 8.50

_5_ **CLUB CROISSANT** 8.50

_4_ **TURKEY & CRANBERRY** 8.50

_____ **CAPRESE** 8.50

_____ **VEGETARIAN** 8.50

_____ **ASSORTED SODAS** 1.50

_____ **ASSORTED BOX LUNCHES**

# TOTAL OWED $ 178.50
+ $20. - tip = $198.50

| | |
|---|---|
| COUNTRY GRAINS | |
| 8553 S.W. MAIN STREET | |
| WILSONVILLE, OR 97070 | |

03/17/2009                              09:11:20
Merchant ID:              000000000654515
Terminal ID:                     00932779
356205421882

CREDIT CARD
VISA SALE

CARD #                    XXXXXXXXXX2288
INVOICE                             0004
Batch #:                          000565
Approval Code:                    012701
Entry Method:                     Manual
Approved:                         Online
Avs Code: NNN

PRE-TIP AMT                      $178.50

TAX AMOUNT                         $0.00

TIP                                 20.—

TOTAL AMOUNT                      198.50

Gratuity Guidelines
10% = $17.85   15% = $26.77   20% = $35.70

CUSTOMER COPY

**Fax (503) 682-6813**  **Phone # 503-682-5857**

# COUNTRY GRAINS CATERING ORDER FORM

**COMPANY NAME** _Farmington Centers-RCM_   **CONTACT PERSON** _Traci Parsons_

**DELIVERY DATE** _3/18/09_   **Pick Up Time** _____   **DELIVERY TIME** _11:45 am_

**ADDRESS** _SYSCO - Tualatin Rm_   **NUMBER OF PEOPLE** _21_

**PHONE #** _503 708 9878_

**CREDIT CARD #** _4453 6410 2000 2288_

*Method of Payment, Please circle one is: VISA, MASTERCARD, CASH OR CHECK   Expiration Date: _04/10_

## FOOD ITEMS

1. _____   2. _____
3. _____   4. _____
5. _____   6. _____

### BOX LUNCHES

**Quantity**

_____ **TURKEY 8.50**

_____ **HAM 8.50**

_____ **ROAST BEEF 8.50**

_____ **CLUB CROISSANT 8.50**

_____ **TURKEY & CRANBERRY 8.50**

_____ **CAPRESE 8.50**

_____ **VEGETARIAN 8.50**

_____ **ASSORTED SODAS 1.50**

_____ **ASSORTED BOX LUNCHES**

-19
w/Chic
to sal
One so
No dre
Consid

12 F
24 F
12 F

---

COUNTRY GRAINS
8553 S.W. MAIN STREET
WILSONVILLE, OR 97070

03/18/2009                              09:19:59
Merchant ID:              000000000654515
Terminal ID:                     00932779
356205421882

CREDIT CARD

VISA SALE

CARD #                    XXXXXXXXXXXX2288
INVOICE                               0005
Batch #:                            000566
Approval Code:                      076243
Entry Method:                       Manual
Approved:                           Online
Avs Code: NNN

_RCM lunch_

PRE-TIP AMT                         $235.45

TAX AMOUNT                            $0.00

TIP                                  20-

TOTAL AMOUNT                        255.45

Gratuity Guidelines
10% = $23.54   15% = $35.31   20% = $47.09

CUSTOMER COPY

# TOTAL OWED $ _235.45_
_+ $20 Tip = $255.45_

*Abella*
*FOI PAM*
*Meetings*

```
Server: BANQUET
07:37 PM
Table 43/1

        8309 SW MAIN STREET
          503-582-1201

VISA                          DOB: 03/17/2009
Card #XXXXXXXXXXXX2208             03/11/2009
Magnetic card present: SHELTON LISA    2/20034
Approval: 072278

                                  2097174

           Amount:        387.25

    + Included Gratuity:    69.71

    + Additional Tip:        0

        = Total:   456.96
```

Guest Copy

```
X
Approval: 072278
```

*Abella – Itemized*

```
            8309 SW MAIN STREET
              503-582-1201

Server: BANQUET                03/17/2009
Table 43/1                     7:29 PM
Guests: 2                      20034

FOOD (18 @20.00)                360.00
TEA (3 @2.00)                     6.00
MARIONBERRY LEMONADE (7 @2.50)   17.50
LEMONADE                          2.00
DIET COKE                         1.75

30 Items

Sub Total                       387.25

Total                           387.25
Gratuity 16.00%                  69.71
Total                           456.96
```

...ce Due          456.96

**Bankcard Expense Report**
Month: **March-09**

Campus: **Corporate**
Name: Traci Parsons

RECEIVED
APR 14 2009
BY:

| Chk & Bal for Exp w/various GL codes | | | Total Expenses to be Reimbursed | $ 340.57 |
|---|---|---|---|---|
| Trans # | Total Amount | | | |
| | $ - | | | |

| Date | Payee | Description | Trans # | Amount | GL # | GL Description |
|---|---|---|---|---|---|---|
| 3/1/09 | Container Store | Office Supplies - In/Out Boxes | | 93.82 ✓ | 7275 | Office Supplies |
| | | for Lisa's office, Colored File Folders, | | | | 0 |
| | | Magnetic Strop/Magnets for Recept | | | | 0 |
| | | Desk | | | | 0 |
| | | | | | | 0 |
| 3/7/09 | Target | Green Folders, Invitations, Table | | 26.66 ✓ | 7080 | Education/Training |
| | | Clothes - RCM Meeting Mar 09 | | | | 0 |
| | | | | | | 0 |
| 3/12/09 | Hallmark | Stickers - RCM Meeting Name Tags | | 7.97 ✓ | 7080 | Education/Training |
| | | | | | | 0 |
| 3/12/09 | See's Candy | Themed Chocolates - RCM Mtg | | 22.55 ✓ | 7080 | Education/Training |
| | | | | | | 0 |
| 3/12/09 | Target | Clipboards, tablets, Pencils, Note | | 60.75 ✓ | 7080 | Education/Training |
| | | cards, wrapping paper, shamrock | | | | 0 |
| | | confetti - RCM Meeting | | | | 0 |
| | | | | | | 0 |
| 3/15/09 | Wilsonville Inn & Suites | Hotel - Patrice Danaher - RCM Mtg | | 88.48 ✓ | 7080 | Education/Training |
| | | | | | | 0 |
| 3/13/09 | Fred Meyers | Lifesaver Mints for RCM Mtg | | 2.89 ✓ | 7080 | Education/Training |
| | | | | | | 0 |
| 3/16/09 | Office Depot | Name Badges | | 4.49 ✓ | 7080 | Education/Training |
| | | | | | | 0 |
| 3/16/09 | Albertsons | Green Candy & Green Grapes | | 16.99 ✓ | 7080 | Education/Training |
| | | RCM Mtg | | | | 0 |
| 3/24/09 | Target | Paper Towel Holder & Paper Towels | | 15.97 ✓ | 7275 | Office Supplies |
| | | | | | | 0 |

Chg Properties except BW INW
$230.78

Ashley Pointe - $17.75
Baycrest - $17.75
Beaverton - $17.75
Eugene - $17.75
Gresham - $17.75
Hillcrest - $17.75
OConner - $17.75
Laurelhurst - $17.75
Medford - $17.75
Pioneer - $17.75
Salem - $17.76
South Pointe - $17.76
Tualatin - $17.76

Salem to
PAY FCI
$17.75 code 7080

Approved by:

Signature of Bankcard Holder:

FCI

# The Container Store

7417 SW Bridgeport Road
Tigard, Oregon 97224
Phone: (503) 620-5700
Mon - Sat: 9 A.M. - 9 P.M.
Sun: 11 A.M. - 6 P.M.

\* \* \*
Make Your Dream Closet
A Reality!
Let Us Design It Today!

irca Letter-Size Interio 10036012   $8.97
File    3 @ $2.99
        Original Price $6.99
arge Skinny Strip Staınl 10042309   $15.98
        2 @ $7.99
etter-Size Interior File 10048787   $9.98
File    2 @ $4.99
        Original Price $5.99
etter-Size Interior File 10048788   $4.99
File    Original Price $5.99
agnutz^ Super-Strong Mag 10027290   $8.99
esh Letter Tray Silver   251530   $31.92
        8 @ $3.99
        Original Price $4.99
esh Super Sorter Silver   251558   $12.99
        Original Price $16.99

Subtotal              $93.82
Tax 0.00%              $0.00
Total                 $93.82

ENDERS
Visa 2312             $93.82
        Auth: 096318
        Merchant: 91812

We will be happy to issue you a
refund for returned merchandise when
accompanied by your original receipt.
Returns without a receipt will receive
a merchandise credit for the lowest
retail price within the last 90 days.

40248237 PORPOS6 24762 03/01/09 16:57

containerstore.com
1-800-733-3532

---

@ Fci Rcm Mts

## TARGET
EXPECT MORE. PAY LESS.

WILSONVILLE - 503-682-7781
03/07/2009   05:59 PM
RECEIPT EXPIRES ON 06/05/09

MARK'S GOLD CROWN
HALLMARK SHOP #14
(503) 288-6235

CROWN REWARDS CAI

STKR HOLOGRAPHIC SHAMROCK
01501298392 02006
STKR SHAMROCK/LIPS BODY JEWELS
01501298392 02006              1.99 T
STKR SHAMROCK/LIPS BODY JEWELS
01501298392 02006              2.99 T
STKR SHAMROCK/LIPS BODY JEWELS
01501298392 02011              2.99 T
MEMBER NUMBER          903207404010

TOTAL                          $7.97
VISA                           $7.97
*******2312
PURCHASE
EXPIRY: **/** SWIPED
AUTH# 045214

ITEMS 3
03/12/2009    15:08    0014 02 21800 3268

STATIONERY-OFFICE
053027049
INVITATION
TABLECOVER            N    2.99
2 @ 3.14
2PKT PORT             N    6.28
20 @ 0.52            N   10.40

SUBTOTAL                  26.66
NO TAX                     0.00
TOTAL                     26.66

*2312 VISA CHARGE    N    26.66

Target Pharmacy   We're here to help!
9am - 9pm M-F
9am - 6pm Sat
9am - 6pm Sun
RECEIPT ID# 2-9066-1847-0080-2251-2
VCD# 751-253-949 TN#***9019

PLEASE KEEP YOUR RECEIPT
FOR REFUNDS OR EXCHANGES
10 DAY WAITING PERIOD ON CHECK RETURNS

---

FCI
Rcm Mts

## TARGET
EXPECT MORE. PAY LESS.

WILSONVILLE - 503-682-7781
03/12/2009   08:28 AM
RECEIPT EXPIRES ON 06/10/09

STATIONERY-OFFICE
053022405
ROLLWRAP             N    2.76
2 @ 1.38
STATIONERY-OFFICE
053020486
BLANK NOTES          N    5.98
2 @ 2.99
INVITATION
053070494            N    6.99
CLIPBOARD
08101015 4           N   39.04
16 @ 2.44

SUBTOTAL                  60.75
NO TAX                     0.00
TOTAL                     60.75

*2312 VISA CHARGE    N    60.75

Target Pharmacy   We're here to help!
9am - 9pm M-F
9am - 6pm Sat
9am - 6pm Sun
RECEIPT ID# 2-9071-1847-0079-4079-9
VCD# 757-259-245 TN#***8633

Customer Copy
THANK YOU!

Wilsonville Inn & Suites
29769 SW Boones Ferry Road
Wilsonville  OR  97070

Phone (503) 570-9700  Fax (503) 570-0467
Toll Free 1-888-336-9700

03/15/09 (14:41 0000 B)
FOLIO: 0000215939

DANAHER, PATRICE

A.L.Wizard.

| dates | room | clerk | transaction | description |
|-------|------|-------|-------------|-------------|
| 03/15/09 | 0000 B | Visa | | |
| | | | | balance |

Visa                88.48-

---

WILSONVILLE INN & SU
29769 SW BOONES FERRY R
WILSONVILLE,OR 97070
503-570-9700

TERMINAL I.D.:                01056301

TRACI's Cop.Crd.                CLK: 0

VISA
XXXXXXXXXXXXX2312
SALE
BATCH: 000493   FOLIO: 215939
DATE: MAR 15, 09   TIME: 14:29:14
AUTH NO: 010896
INV: 8468
ACI: E

TOTAL          $88.48

TRACI PARSONS

X------------------------------------
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

88.48-

FCI—RCM

FCI—RCM

## Albertsons  Sav-on PHARMACY

x ALBERTSONS #518 (503) 582 - 1876
Store Director   Dan J.

PREFERRED CUSTOMER          42548635
3/16/09  19:50  0518 06 0211 110

---

### GROCERY

1.70 lb @ 7.49 /lb
IT     CANDY                    12.73

---

### PRODUCE

4.30 lb @ .99/lb
T     GRPS GN SDLS       PC   4.26 F
AS 1.99/lb        PC SAVINGS 4.30

** SUBTOTAL              16.99
** TAX                     .00
** TOTAL                 16.99

   Acct# 2312
=* MC/VISA               16.99

** CHANGE                  .00
** CPNS TENDERED          4.30

*********SAVINGS SUMMARY************

EFERRED SAVINGS               4.30

******TODAY'S TOTAL SAVINGS*********
        $4.30
************************************
tal Number of Items Purchased = 2

-7948

---

OFFICE DEPOT
8315 S.W. Jack Burns Blvd. Unit C
Wilsonville, OR 97070
503-582-8227
SALE       STR2283  REG002  TRN5936
03/16/09 19:08 EMP 553724  POS 5.07

072782051464 BADGE,5146,100CT    4.49E
MEMBER # 1467962344

Today's purchase may add to your
Worklife Rewards balance for Reward
Quarter ending on 03/31.
Check your Reward Status at
www.myworkliferewards.com

          SUBTOTAL         4.49
          SALES TAX        0.00
          TOTAL            4.49
          VISA 2312        4.49
*******************************************
       For a chance to Win
   One of 40-$100 or 1-$1000
   Quarterly Shopping Sprees,
    visit www.od.bizrate.com
        En Espanol
      ID:  X6TL9 PCZL9 FZMV1

LTVTYPUP3M3YR6EEH

---



TARGET
EXPECT MORE. PAY LESS.

WILSONVILLE - 503-682-7787
03/24/2009    04:58 PM
RECEIPT EXPIRES ON 06/22/09

PAPER TOWEL          N   8.98
TARGET BRAND         N   6.99

SUBTOTAL                15.97
NO TAX                   0.00
TOTAL                   15.97
*2312 VISA CHARGE       15.97

FCI
Ops
side of
office

We're here to help!
9am - 9pm M-F
9am - 6pm Sat
9am - 6pm Sun

---

FredMeyer

19200 SW Martinazzi Ave.
503-691-4200
YOUR CASHIER WAS DANIEL

190000856I LIFESAVER
**** TAX
**** BALANCE
VISA/MASTERCARD *2312
REF#: 077323
03/13/09 08:13PM 393 13 201 500621
CHANGE
TOTAL NUMBER OF ITEMS SOLD =   1

You could have earned 2 POINTS
with your Fred Meyer rewards card!
Ask any associate how to earn a rebate

SAVE THIS RECEIPT FOR REFUNDS
OR ADJUSTMENTS

FCI RCM MTG

Mings
2.89
0.00
2.89

2.89 F

**JOHN HANCOCK**   CONTRACT # 14878-00-3

A/P ENTRY TOTALS

| | | | Elec Trsfr Date: | | 04/22/09 |
|---|---|---|---|---|---|
| | | | Payroll date: | | 04/15/09 |
| | | | Pay Period: | | 03/31/09 |
| | | | | TOTALS | |

| | | | | | TOTALS | |
|---|---|---|---|---|---|---|
| **01- BEAVERTON 6FR** | 1081 | 2350 | $ | 512.39 | | |
| | | 7067 | $ | 149.94 | $ | **662.33** |
| | | | | | loan 19.91 | |
| **02- SALEM 6EG** | 1082 | 2350 | $ | 779.32 | loan 20.00 | |
| | | 7067 | $ | 530.10 | $ | **1,309.42** |
| | | | | | loan 162.76 | |
| **03- MEDFORD 6DR** | 1083 | 2350 | $ | 636.84 | loan 24.20 | |
| | | 7067 | $ | 403.92 | $ | **1,040.76** |
| **04- GRESHAM 6FE** | 1084 | 2350 | $ | 88.57 | | |
| | | 7067 | $ | 53.14 | $ | **141.71** |
| **05- ASHLEY POINTE 6FW** | 1085 | 2350 | $ | 181.17 | | |
| | | 7067 | $ | 119.29 | $ | **300.46** |
| **08- TUALATIN 6ES** | 1088 | 2350 | $ | 462.54 | | |
| | | 7067 | $ | 171.88 | $ | **634.42** |
| **09- EUGENE 6FQ** | 1089 | 2350 | $ | 437.07 | | |
| | | 7067 | $ | 284.57 | $ | **721.64** |
| **10- CORPORATE 6CW** | | 2350 | $ | 644.44 | | |
| | | 7067 | $ | 519.41 | $ | **1,163.85** |
| **11- NORMANDY 6E9** | 1099 | 2350 | $ | 57.81 | | |
| | | 7067 | $ | 39.38 | $ | **97.19** |
| **12- SOUTH PTE 6EZ** | 1110 | 2350 | $ | 363.19 | | |
| | | 7067 | $ | 64.34 | $ | **427.53** |
| | | | | | | |
| **BALANCED TOTALS** | | | $ | 6,499.31 | $ | 6,499.31 |

| | | | |
|---|---|---|---|
| | EE | $ | 4,163.34 |
| | ER | $ | 2,335.97 |
| | | $ | 6,499.31 |

*(handwritten)* PAY FCI
$1,309.42
code 1086

**A.L.WIZARD**

11230 Sorrento Valley Road, Suite 220
San Diego, CA 92121

RECEIVED
APR 1 3 2009
BY:_____

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/2/2009 | 712582 |

**Bill To**

Farmington Centers, Inc
4640 SW Macadam Avenue
Ste. 90
Portland, OR  97239

| Terms | Due Date |
|-------|----------|
| Upon Receipt | 5/1/2009 |

| Description | Rate | Amount |
|-------------|------|--------|
| Training | 90.00 | 90.00 |

*Monthly training - please divide among all properties except Normandy & ~~Amy~~ Barnett Woods*

1106- Pioneer Village - $6.92
1088- Tualatin — $6.92
1110- South Pointe — $6.92
1085- Ashley Pointe — $6.92
1111- Baycrest — $6.92
1081- Beaverton — $6.92
1089- Eugene — $6.92
1084- Gresham — $6.92
1087- Hillcrest — $6.92
1124- LaConner — $6.93
1103- Laurelhurst — $6.93
1083- Medford — $6.93
1082- Salem — $6.93

*PAY FCI
$6.93 code to 7080*

| Total | $90.00 |
|-------|--------|
| Balance Due | $90.00 |

Thank you.
Contact us at 858.457.0566 or 858.457.3104 fax



| CHEVRON DISTRIBUTION | Corp IntLate Fee 7425 | Card 5 ASHLEY PT 1085 | Card 8 BEAVERTON 1081 | Cards 2/7/12/13/14/15 CORPORATE 6270* | Card 19 EUGENE 1089 | Card 11 GRESHAM 1084 | Card 10 MEDFORD 1083 | Card 1 NORMANDY 1099 | Card 3 SALEM 1082 | Card 17 SOUTH POINTE 1110 | Card 18 TUALATIN 1088 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 401/09-4/30/09 | | | | | | | | | | | |
| 776.44 Total | | | | | | | | | | | |
| | -11.86 | 64.96 | 79.88 | 0.00 | 71.58 | 4.62 | 0.00 | 131.43 | 159.46 | 103.15 | 173.22 |
| | -11.86 | 64.96 | 79.88 | | 71.58 | 4.62 | | 131.43 | 159.46 | 103.15 | 173.22 |
| Campus to pay | | | | | | | | | | | |
| | | 776.44 | | | | | | | | | |
| Late Fee 7425 | 7425 | -11.86 | | | | | | | | | |
| Total Properties | | 788.30 | | | | | | | | | |

PAY FCI
$159.46
Code 6270

2673126.2009050036601.01576

# CUSTOMER STATEMENT



**CHEVRON AND TEXACO
BUSINESS CARD**
PO Box 9560
CONCORD, CA 94524-1901

For billing questions call: (866) 435-3201
Manage your account on-line at www.chevrontexacobusinesscard.com

| | |
|---|---|
| **Account Number** | **1100257490** |



1576

RECEIVED
MAY 0 7 2009
BY: _____

FARMINGTON CENTERS INC
4640 SW MACADAM AVE STE 90
PORTLAND OR 97239-4285

| | |
|---|---|
| STATEMENT NUMBER | 18005365 |
| PERIOD STARTING | 04/01/2009 |
| PERIOD ENDING | 04/30/2009 |
| STATEMENT DATE | 05/01/2009 |
| DUE DATE | 05/15/2009 |
| PAGE | 1 of 1 |

For Change of Address, please contact Customer Service at (866) 435-3201.

| Spend Limit: | Previous Balance: | Payments/Credits: | New Charges: | Amount Due: |
|---|---|---|---|---|
| $5,985.00 | $1,181.94 ✓ | -$1,181.94 ✓ | $776.44 | **$776.44** |

| Date | Reference # | Description | |
|---|---|---|---|
| 04/14/2009 | | PAYMENT: FUEL SERVICES EFT PAYMENT | -$1,181.94 |
| 05/01/2009 | 529619 | Fleet # 742831 Name: FARMINGTON CENTERS INC | $788.30 |
| 05/01/2009 | 529619 | Fuel Reward - Thank You | -$11.86 |

788.30
Charged to
Properties

| ACCT | AMOUNT |
|---|---|
| 742S | ⟨11.86⟩ |
| | |
| | |
| TTAL | ⟨11.86⟩ |
| APPROVED BY: | _____ |

*You can pay your bill, view statements, and manage your account online at
www.chevrontexacobusinesscard.com. Thank you for your continued loyalty.*

**FOR PROPER PAYMENT POSTING, PLEASE INCLUDE <u>ONLY</u> CHECK AND REMITTANCE COPY BELOW IN THE ENVELOPE PROVIDED.**
ANY ADDITIONAL CORRESPONDENCE SHOULD BE DIRECTED TO THE ADDRESS IN THE TOP LEFT AREA OF THIS STATEMENT.

REMITTANCE COPY – RETURN THIS STUB WITH PAYMENT     **Account  1100257490**

PLEASE MAKE CHECKS PAYABLE TO
**CHEVRON AND TEXACO
BUSINESS CARD SERVICES**



FARMINGTON CENTERS INC
4640 SW MACADAM AVE STE 90
PORTLAND OR 97239-4285

| | |
|---|---|
| **STATEMENT DATE** | **05/01/2009** |
| **DUE DATE** | **05/15/2009** |
| **AMOUNT DUE** | **$776.44** |
| **PAYMENT AMOUNT** | $ 776.44 |

REMIT TO:

**CHEVRON AND TEXACO BUSINESS CARD SERVICES**
P.O. Box 70887
Charlotte NC 28272-0887

0000000000000072851900000776445

# CUSTOMER DETAIL STATEMENT



**CHEVRON AND TEXACO**
**BUSINESS CARD**
PO Box 9560
CONCORD, CA 94524-1901

For billing questions call: (866) 435-3201
Manage your account on-line at www.chevrontexacobusinesscard.com

| | |
|---|---|
| ACCOUNT NUMBER: | 1100257490 |
| STATEMENT NUMBER: | 18005365 |
| STATEMENT DATE: | 05/01/2009 |
| REFERENCE #: | 529619 |

FARMINGTON CENTERS INC
4640 SW MACADAM AVE STE 90
PORTLAND OR 97239-4285

**PERIOD START:** 04/01/2009        **PERIOD END:** 04/30/2009

| PRODUCT | QUANTITY | GROSS AMOUNT | CREDITS | NET TOTAL |
|---|---|---|---|---|
| Unleaded | 339.515 | $741.76 | -$11.86 | $729.90 |
| **TOTAL FUEL** | **339.515** | **$741.76** | **-$11.86** | **$729.90** |
| **TOTAL NON-FUEL** | | **$46.54** | **$0.00** | **$46.54** |
| Total | 339.515 | $788.30 | -$11.86 | $776.44 |

## Transaction Detail for – FARMINGTON CENTERS INC; 04/01/2009 – 04/30/2009

| DATE | TIME | REFERENCE/ INVOICE | SITE | DRIVER ID | PRODUCT | QTY | PPG | CREDITS | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| **11002574900001** | | **Normandy Woods** | | | | | | | |
| 04/07 | 11:17 | 7461863 | 203374 | | Unleaded | 24.847 | 2.059 | | $51.16 |
| 04/21 | 11:08 | 7942162 | 203379 | | Unleaded | 18.684 | 2.159 | -0.93 | $39.41 |
| 04/24 | 09:18 | 5631197 | 209056 | | Unleaded | 18.157 | 2.199 | -0.91 | $39.02 |
| | | | | | **TOTAL** | **61.688** | | **-$1.84** | **$129.59** |
| **11002574900003** | | **Salem** | | | | | | | |
| 04/03 | 09:55 | 7498579 | 92674 | | Unleaded | 22.768 | 2.159 | | $49.16 |
| 04/14 | 13:33 | 7403905 | 92674 | | Unleaded | 31.495 | 2.159 | -1.57 | $66.43 |
| 04/23 | 11:08 | 7408233 | 92674 | | Unleaded | 19.591 | 2.159 | -0.98 | $41.32 |
| | | | | | **TOTAL** | **73.854** | | **-$2.55** | **$156.91** |
| **11002574900005** | | **Ashley Pointe** | | | | | | | |
| 04/14 | 13:15 | 0855206 | 91708 | | Unleaded | 27.538 | 2.359 | -1.38 | $63.58 |
| | | | | | **TOTAL** | **27.538** | | **-$1.38** | **$63.58** |
| **11002574900008** | | **Beaverton** | | | | | | | |
| 04/03 | 08:43 | 9670043 | 200496 | | Unleaded | 11.160 | 2.199 | | $24.54 |
| 04/15 | 16:39 | 7468960 | 203374 | | Unleaded | 12.022 | 2.099 | -0.60 | $24.63 |
| 04/27 | 13:14 | 9681396 | 200496 | | Unleaded | 13.820 | 2.179 | -0.69 | $29.42 |
| | | | | | **TOTAL** | **37.002** | | **-$1.29** | **$78.59** |
| **11002574900011** | | **Gresham** | | | | | | | |
| 04/06 | 14:11 | 1644809 | 91516 | | Unleaded | 2.103 | 2.199 | | $4.62 |
| | | | | | **TOTAL** | **2.103** | | **$0.00** | **$4.62** |
| **11002574900017** | | **South Pointe** | | | | | | | |
| 04/02 | 09:23 | 0500254 | 203405 | | Unleaded | 13.859 | 2.259 | | $31.31 |
| 04/02 | 09:25 | 0500256 | 203405 | | Tires, Batteries, Accessories | -- | - | | $25.90 |
| 04/02 | 09:25 | 0500256 | 203405 | | Sales Tax | -- | - | | $2.38 |
| 04/29 | 14:27 | 9405878 | 207894 | | Unleaded | 14.912 | 2.339 | -0.75 | $34.13 |
| 04/29 | 14:27 | 9405878 | 207894 | | Other | -- | - | | $7.95 |

Handwritten annotations: 131.43, 159.46, 64.96, 79.88, 4.62

# CUSTOMER DETAIL STATEMENT

**CHEVRON AND TEXACO**
**BUSINESS CARD**
PO Box 9560
CONCORD, CA 94524-1901

ACCOUNT NUMBER:  1100257490
STATEMENT DATE:  05/01/2009
PERIOD START:  04/01/2009
PERIOD START:  04/30/2009

## Transaction Detail for – FARMINGTON CENTERS INC; 04/01/2009 – 04/30/2009

| DATE | TIME | REFERENCE/ INVOICE | SITE | DRIVER ID | PRODUCT | QTY | PPG | CREDITS | NET AMOUNT |
|------|------|--------------------|------|-----------|---------|-----|-----|---------|-----------|
| 04/29 | 14:27 | 9405878 | 207894 | | Sales Tax | -- | - | | $0.73 |
| | | | | | **TOTAL** | 28.771 | | -$0.75 | $102.40 |

*103.15*

| | | 11002574900018 | Tualatin | | | | | | |
|------|------|--------------------|------|-----------|---------|-----|-----|---------|-----------|
| 04/03 | 10:24 | 3413543 | 305534 | | Unleaded | 27.530 | 2.079 | | $57.23 |
| 04/17 | 10:32 | 9235538 | 98992 | | Unleaded | 26.186 | 2.129 | -1.31 | $54.44 |
| 04/29 | 10:04 | 0918895 | 98209 | | Unleaded | 27.396 | 2.199 | -1.37 | $58.87 |
| | | | | | **TOTAL** | 81.112 | | -$2.68 | $170.54 |

*173.22*

| | | 11002574900019 | Eugene | | | | | | |
|------|------|--------------------|------|-----------|---------|-----|-----|---------|-----------|
| 04/22 | 14:43 | 0134324 | 92601 | | Other | -- | - | | $9.58 |
| 04/22 | 14:45 | 0134326 | 92601 | | Unleaded | 27.447 | 2.259 | -1.37 | $60.63 |
| | | | | | **TOTAL** | 27.447 | | -$1.37 | $70.21 |

*71.58*

## SITE LEGEND

| SITE # | SITE NAME | ADDRESS | CITY | STATE |
|--------|-----------|---------|------|-------|
| 91516 | Chevron Station | 1820 Ne Division | Gresham | OR |
| 91708 | Donald C. Eaton | 621 Highway 9 | Lake Stevens | WA |
| 92601 | Jacksons Food St | 274 Coburg Road | Eugene | OR |
| 92674 | Truax #34 | 4310 Commercial | Salem | OR |
| 98209 | Cain Petroleum I | 11747 Sw Pacific | Tigard | OR |
| 98992 | Woodburn Fast Se | 2990 Newberg Hwy | Woodburn | OR |
| 200496 | Chevron Stn 1123 | 11015 Sw Cnyn Rd | Beaverton | OR |
| 203374 | Cain Petroleum | 3520 Sw Cdar Hil | Beaverton | OR |
| 203379 | Cain Petroleum | 720 Beaverton Hw | Beaverton | OR |
| 203405 | Chamco, Inc. | 11704 Hwy 99 Sou | Everett | WA |
| 207894 | Everett Gas, Llc | 10220 Evergreen | Everett | WA |
| 209056 | Chevron Stations | 14850 Sw Murray | Beaverton | OR |
| 305534 | Lapoint Business | 25410 Sw 95th Av | Wilsonville | OR |

Farmington Centers, Inc.
Insurance for February 18, 2009 - February 18, 2010

CAMPUSES - STANDARD JE
March 09 - March 10

|  | Executive Protection | Finance Charges (Based on % of Premium) | Total (Including Premium & Finance Charges) |
|---|---|---|---|
| Ashley: | $1,816.00 | $50.00 | $1,866.00 |
| B. Woods: | $1,182.00 | $33.00 | $1,215.00 |
| Baycrest: | $11,744.00 | $325.00 | $12,069.00 |
| Beaverton: | $2,002.00 | $55.00 | $2,057.00 |
| Eugene: | $1,889.00 | $52.00 | $1,941.00 |
| Gresham: | $2,074.00 | $57.00 | $2,131.00 |
| Hillcrest: | $2,952.00 | $82.00 | $3,034.00 |
| LaConner: | $1,574.00 | $43.00 | $1,617.00 |
| Laurelhurst: | $14,700.00 | $405.80 | $15,105.80 |
| Medford: | $2,038.00 | $56.00 | $2,094.00 |
| Normandy: | $1,099.00 | $30.00 | $1,129.00 |
| Pioneer: | $1,992.00 | $55.00 | $2,047.00 |
| Salem: | $3,385.00 | $94.00 | $3,479.00 |
| South Pt.: | $1,259.00 | $35.00 | $1,294.00 |
| Tualatin: | $1,894.00 | $52.00 | $1,946.00 |
| Farmington Centers | $3,440.00 | $95.05 | $3,535.05 |
| Total: | $55,040.00 | $1,519.85 | $56,559.85 |

| Total After FCI | $51,600.00 | $1,425.75 |
|---|---|---|

|  | 7940 Monthly Insurance | 7425 Monthly Finance | 1115 Monthly Expense |
|---|---|---|---|
| | 151.33 | 4.17 | 155.50 |
| | 98.50 | 2.75 | 101.25 |
| | 978.67 | 27.08 | 1,005.75 |
| | 166.83 | 4.58 | 171.42 |
| | 157.42 | 4.33 | 161.75 |
| | 172.83 | 4.75 | 177.58 |
| | 246.00 | 6.83 | 252.83 |
| | 131.17 | 3.58 | 134.75 |
| | 1,225.00 | 33.82 | 1,258.82 |
| | 169.83 | 4.67 | 174.50 |
| | 91.58 | 2.50 | 94.08 |
| | 166.00 | 4.58 | 170.58 |
| | 282.08 | 7.83 | 289.92 |
| | 104.92 | 2.92 | 107.83 |
| | 157.83 | 4.33 | 162.17 |
| | 286.67 | 7.92 | 294.59 |
| | 4,586.67 | 126.65 | 4,713.32 |

56,559.85

March - December

|  | Downpymt | 1115 Monthly | Financed 10 Monthly Pymts |  | Total |
|---|---|---|---|---|---|
| Ashley: | $272.45 | $159.00 | $1,590.00 | | $1,862.45 |
| B. Woods: | $177.25 | $104.00 | $1,040.00 | | $1,217.25 |
| Baycrest: | $1,761.62 | $1,031.00 | $10,310.00 | | $12,071.62 |
| Beaverton: | $300.31 | $176.00 | $1,760.00 | | $2,060.31 |
| Eugene: | $283.28 | $166.00 | $1,660.00 | | $1,943.28 |
| Gresham: | $311.15 | $182.00 | $1,820.00 | | $2,131.15 |
| Hillcrest: | $442.73 | $259.00 | $2,590.00 | | $3,032.73 |
| LaConner: | $236.07 | $138.00 | $1,380.00 | | $1,616.07 |
| Laurelhurst: | $2,205.13 | $1,290.00 | $12,900.00 | | $15,105.13 |
| Medford: | $305.73 | $179.00 | $1,790.00 | | $2,095.73 |
| Normandy: | $164.86 | $96.00 | $960.00 | | $1,124.86 |
| Pioneer: | $298.76 | $175.00 | $1,750.00 | | $2,048.76 |
| Salem: | $507.74 | $297.00 | $2,970.00 | | $3,477.74 |
| South Pt.: | $188.56 | $110.00 | $1,100.00 | | $1,288.56 |
| Tualatin: | $284.06 | $166.00 | $1,660.00 | | $1,944.06 |
| Farmington Centers | $516.00 | $302.47 | $3,024.75 | | $3,540.75 |
| Total: | $8,255.70 | $4,830.48 | $48,304.75 | | $56,560.45 |
| | | | | | -$0.60 |

| Total After FCI | | 4,528.57 |
|---|---|---|




**printing services**


MENT

*Erynn Fearn*

*Corp credit card*
*Receipt*
*Statement 2/28/09*

www.impress-usa.com
503-281-8666

...tanding invoices
...ontact us if you have
...or issues.
...continued business.

Erynn Fearn
Farmington Centers, Inc.
5100 SW Macadam Ave Ste 360
Portland OR 97239

| | |
|---|---|
| 1/27/2009 |
| 4181 |
| 636.50 |

*impress Charged back to properties*

| Date | Invoice | | tal | Balance |
|---|---|---|---|---|
| 1/27/2009 | 65693 | **Ashley Pointe C/O Farmington Centers, Inc.**<br>Business Cards | 66.50 | 66.50 |
| 1/27/2009 | 65643 | **Barnett Woods Retirement Community C/O Farmington**<br>Business Cards for Toni Hahn | 78.00 | 78.00 |
| 1/27/2009 | 65644 | **BayCrest Village Retirement Living C/O Farmington**<br>Business Cards for Christina Russell | 66.50 | 66.50 |
| 1/27/2009 | 65642 | **Farmington Square (Eugene) C/O Farmington Centers**<br>Business Cards for Jill Roblin | 61.00 | 61.00 |
| 1/27/2009 | 65641 | **Farmington Square (Salem) C/O Farmington Centers,**<br>Business Cards for Suzie Robinson and Yvonne Stew | 118.00 | 118.00 |
| 1/27/2009 | 65645 | **Farmington Square (Tualatin) C/O Farmington Cente**<br>Business Cards for Pamela Raphael | 61.00 | 61.00 |
| | | **Hillcrest Retirement Living C/O Farmington Center** | | |

Page 1 of 2

| Current | 31 days | 62 days | 93+ days | Amount Due |
|---|---|---|---|---|
| 636.50 | 0.00 | 0.00 | 0.00 | 636.50 |

Please return this portion with payment

| Billing Date | Account Number | Payment Due By | Amount Due | Amount Enclosed |
|---|---|---|---|---|
| 1/27/2009 | 4181 | | 636.50 | |

Erynn Fearn
Farmington Centers, Inc.
5100 SW Macadam Ave Ste 360
Portland OR 97239

**Send payment to:**
impress
1111 NE Flanders St Ste 202
Portland OR 97232

*EXPENSE 2010*

*FCI will Rebill property 6810*

```
. . . . . . . . . . . . . . . . . . . . . . .
              Impress
        1111 NE Flanders
            Suite 102
        Portland, OR 97232
          503-281-8666

          C O P Y
      01/27/2009  16:47:22
      Sale:

    Transaction #            1
    Card Type:            VISA
    Acc:      ************1959
    Entry:              Manual
    Invoice #              157
    Total:           636.50

    Reference No.:        0001
    Auth.Code:          089960
    Response:               AP
    AVS Response :           Y
      Address & five_digit
        ZIP code match.
    CVV2 Code:               M
      CVV2/CVC2 matches with
            system data.


      CUSTOMER COPY

        Thank You!
    Please Come Again!
```